# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Ray Parisien for Tyson Parisien, & Tyson Parisien, | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | Case No. 4:06-cv-015 |
| United States of America, | ) ) | |
| Defendant. | ) ) | |
| | ) ) ) | **ORDER GRANTING MOTION FOR EXTENSION OF PRETRIAL DEADLINES** |
| Ray Parisien for Tyson Parisien, & Tyson Parisien, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No: 4:06-cv-016 |
| United States of America, | ) ) | |
| Defendant. | ) | |

On March 26, 2007, the government filed a Motion for Extension of Scheduling Deadlines. Attached to motion is the parties' Stipulation for Extension of Deadlines.

The court **ADOPTS** the parties' stipulation, **GRANTS** the government's motion, and **ORDERS** that the scheduling order be modified as follows:

3. The parties shall have until May 1, 2007, to complete discovery and file discovery motions.

4. Plaintiff shall have until April 1, 2007, to identify the subject matter/discipline of expert witnesses to be used at trial.

1

5.  The parties shall have until <u>June 1, 2007</u>, to provide the names of expert witnesses and complete Reports under Rule 26(a)(2).   The parties shall have until <u>July 15, 2007</u>, to complete discovery depositions of expert witnesses.

10.  The parties shall have until <u>June 1, 2007</u>, to file dispositive motions.

The court further **ORDERS** that the settlement conference set for May 22, 2007, shall be rescheduled for <u>July 19, 2007</u>, at 9:00 a.m. in Bismarck.

**IT IS SO ORDERED.**

Dated this 29th day of March, 2007.


/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge