## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| Ray Parisien for Tyson Parisien, and ) | |
| Tyson Parisien, ) | |
| ) | Case No. 4:06-cv-015 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| United States of America, ) | |
| ) | |
| Defendant. ) | |
| _____ | **ORDER ADOPTING STIPULATION** |
| Ray Parisien for Tyson Parisien, and ) | |
| Tyson Parisien, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| United States of America, ) | Case No. 4:06-cv-016 |
| ) | |
| Defendant. ) | |

Before the Court is a Stipulation dated March 22, 2007, to continue the trial of this case which is scheduled to commence on July 24, 2007. The purpose for the stipulation is to allow the parties to continue discovery.

The Court **ADOPTS** the stipulation [Docket No. 13] and reschedules the trial for Tuesday, January 8, 2008, at 9:30 a.m. in Minot. A four (4) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2007.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court