IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| Ray Parisien for Tyson Parisien, & <br> Tyson Parisien, <br><br> Plaintiffs, <br><br> vs. <br><br> United States of America, <br><br> Defendant. | **ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS** <br><br> Case No. 4:06-cv-015 |

Before the Court is the Plaintiffs' "Motion to Dismiss" filed on December 27, 2007.  See Docket No. 27.  The Government filed a response on December 27, 2007, in which it does not oppose the motion to dismiss.  See Docket No. 28.  The Government requests a dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and does not request an award of costs or attorneys' fees.  The Court **GRANTS** the Plaintiffs' motion to dismiss and orders that the action be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court